NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GILBERT P. HYATT,**
*Plaintiff-Appellant*

v.

**MICHELLE K. LEE, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Defendant-Appellee*

---

2017-1898, -1899, -1900, -1901, -1902

---

Appeals from the United States District Court for the District of Columbia in Nos. 1:03-cv-00108-EGS, 1:04-cv-01222-EGS, 1:04-cv-01496-EGS, 1:05-cv-00309-EGS, and 1:05-cv-00834-EGS, Judge Emmet G. Sullivan.

---

**ON MOTION**

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the appeals, and thus one set of briefs should be filed for the five appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The appellant's opening brief is due no later than June 12, 2017.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31