NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GILBERT P. HYATT,**
*Plaintiff - Appellant*

v.

**JOSEPH MATAL, Performing the Functions & Duties of Director of the US Patent & Trademark Office,**
*Defendant - Appellee*

---

17-1898, -1899, -1900, -1901, -1902

---

Appeals from the United States District Court for the District of Columbia in case no. 1:05-cv-00834-EGS, 1:03-cv-00108-EGS, 1:04-cv-01222-EGS, 1:04-cv-01496-EGS, 1:05-cv-00309-EGS, Judge Emmet G. Sullivan

---

## **O R D E R**

The parties having so agreed, it is

ORDERED that the proceedings are DISMISSED under Fed. R. App. P. 42 (b). Each side shall bear its own costs.

                              FOR THE COURT

June 22, 2017          /s/ Peter R. Marksteiner
                       Peter R. Marksteiner
                       Clerk of Court


**ISSUED AS A MANDATE:** June 22, 2017